MARY BESHARO, Respondent, v. NELLIE HADDAD, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ANDREW C. GELDERMAN, Appellant, v. MICHAEL FISHER, Respondent.— Order changing the place of trial from the county of Queens to the county of New York upon the ground that the county of Queens is not the proper place for the trial of this action, reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. As the plaintiff is a resident of Queens county, that was the proper place for the trial of the action (Civ. Prac. Act, § 182), and the place of trial of the action can be changed from that county only for one of the reasons stated in subdivisions 2 and 3 of section 187 of the Civil Practice Act. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

In the Matter of Acquiring Title by the CITY OF NEW YORK, Appellant, to Certain Lands and Premises on the Southerly Side of Martling Avenue, etc., in the Borough of Richmond, etc., for Armory Purposes, etc. MORTON W. SMITH and Others, Respondents.— Final order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Transfer Tax upon the Estate of FRANK J. DUPIGNAC, Deceased.— Order of the Surrogate's Court of Westchester county unanimously affirmed, with costs, upon the opinion of the surrogate. [Reported in 123 Misc. 21.] Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ALFONSO MANZO, as Administrator, etc., of BONAVENTURE MANZO, Deceased, Respondent, v. HERMAN GLASSER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ANNA MCDONNELL, Respondent, v. MARSO REALTY CORPORATION, Defendant. WENNEMER CONSTRUCTION CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

THOMAS J. O'NEILL, Respondent, v. ABRAHAM I. SMOLENS, Appellant.— Order denying motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL FITZGERALD, Appellant.— Order of the County Court of Nassau county affirming judgment of conviction affirmed, pursuant to Code of Criminal Procedure, section 542. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB STOOPLER, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Respondent, v. DAVID MORRIS and Others, as Assessors of the Town of Fishkill, Dutchess County, N. Y., Appellants.— Final order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J.; Rich, Jaycox, Kelby and Young, JJ.